DARRYL J. HOROWITT #100898
C. FREDRICK MEINE III #203889
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant,
GULF STREAM COACH, INC.,
an Indiana corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HOSKINS, an individual, and TALAHI HOSKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GULF STREAM COACH, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   2:09-CV-00232-JAM-DAD<br><br>**AMENDED STIPULATION RE CONTINUANCE OF DISCOVERY DEADLINES;   ORDER** |

THE PARTIES, by and through their respective attorneys of record, hereby stipulate and request the court order the following:

WHEREAS, on April 1, 2009, the Honorable John A. Mendez issued a Status (Pre-trial Scheduling) Order with discovery and related deadlines.

WHEREAS, the discovery deadline and the deadline for filing the Joint Mid-Litigation Statement are October 9, 2009.

WHEREAS, the parties have propounded certain written discovery, but have not yet responded.

WHEREAS, the parties recently completed an inspection of the vehicle at issue in this case and believe that the case can be settled without incurring the expense inherent in completing discovery.

*Christopher Hoskins, et al. v. Gulf Stream Coach, Inc.*
Case No. 2:09-CV-00232-JAM-DAD

WHEREAS, the parties have agreed to mediate the case with Gary Garman and are working on obtaining the first available date upon which to hold the mediation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL FOR THE PARTES HERETO, THE FOLLOWING:

1. All discovery shall be completed by November 30, 2009;

2. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by November 9, 2009, and supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by November 16, 2009;

3. No later than November 16, 2009, the parties shall file with the court a brief Joint Mid-Litigation Statement;

4. Dispositive motion filing date: January 6, 2010;

5. Dispositive motion hearing date: February 3, 2010, at 9:00 a.m.;

6. Joint pretrial statement due date: March 12, 2010;

7. Pretrial conference date: March 19, 2010, at 3;00 p.m.; and

8. Jury trial date: April 26, 2010, at 9:00 a.m.

The parties agree to submit this Stipulation to the court and jointly request that the court enter it as an order.

For the purposes of this Stipulation, facsimile signatures shall be deemed originals.

Dated: October 1, 2009                     McCOY, TURNAGE & ROBERTSON, LLP

                                            /s/ James R. Robertson
                                        By:_____
                                            JAMES R. ROBERTSON
                                            Attorneys for Plaintiff

///

///

*Christopher Hoskins, et al. v. Gulf Stream Coach, Inc.*
Case No. 2:09-CV-00232-JAM-DAD

Dated: October 1, 2009                         COLEMAN & HOROWITT, LLP

                                                By: /s/ C. Fredrick Meine III
                                                _____
                                                C. FREDRICK MEINE III
                                                Attorneys for Defendant,
                                                GULF STREAM COACH, INC.,
                                                an Indiana corporation

## **ORDER**

   IT IS SO ORDERED.

Dated:  October 6, 2009                         /s/ John A. Mendez_____
                                                JOHN A. MENDEZ
                                                United States District Judge