1  MCCOY, TURNAGE & ROBERTSON, LLP
   James R. Robertson, SBN 204923
2  5469 Kearny Villa Road, Suite 206
   San Diego, California 92123
3  Tele:  858-300-1900
   Fax:   858-300-1910
4
   Attorneys for Plaintiffs
5

6

7                    UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

9  CHRISTOPHER HOSKINS, an individual,      Case No. 2:09-CV-00232-JAM-DAD
   and TALAHI HOSKINS, an individual,
10                                          Judge: Hon. John A. Mendez
                   Plaintiffs,              Magistrate:   Hon. Dale A. Drozd
11
   v.
12                                          STIPULATION DISMISSING ACTION
   GULF STREAM COACH, INC., a               AND ORDER
13 corporation; and DOES 1 through 10,
   inclusive,
14

15
                   Defendants.              Complaint Filed:   December 2, 2008
16

17

18      TO THIS HONORABLE COURT:

19      THE PARTIES by and through their respective attorneys of record, pursuant to

20 F.R.C.P. 41(a)(1)(ii), hereby stipulate as follows:

21      Plaintiffs CHRISTOPHER & TALAHI HOSKINS and Defendant GULF STREAM

22 COACH, INC. have negotiated a settlement to this case.  The parties agree to dismiss the

23 pending action with prejudice.  The parties agree to submit this Stipulation to the Court and

24 jointly request that the Court enter it as an order.

25 / / /

26 / / /

27 / / /

28 / / /

1
STIPULATION FOR DISMISSAL AND ORDER

1     For the purposes of this Stipulation, facsimile signatures shall be deemed as
2 originals.

3 Dated: July 14, 2010        MCCOY, TURNAGE & ROBERTSON, LLP

By: _____
James R. Robertson, counsel for
plaintiffs Christopher & Talahi Hoskins

8 Dated: July ___, 2010        COLEMAN & HOROWITT, LLP

By: _____
Charles Fredrick Meine III, counsel for
defendant Gulf Stream Coach, Inc.

### **ORDER**

IT IS SO ORDERED.

Dated: July 21, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

STIPULATION FOR DISMISSAL AND ORDER